| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ALEIDA SANCHEZ<br>6317 1/2 SAN PEDRO STREET<br>LOS ANGELES, CA. 90003<br><br>☑ Individual appearing without attorney<br>☐ Attorney for Movant | FOR COURT USE ONLY<br><br>FILED<br>SEP 2 8 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** ||
| In re:<br><br>**Aleida Sanchez**<br><br><br><br>Debtor(s). | CASE NO.: 2:17BK 21696 BB<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>**[11 U.S.C. § 521(a)(1)(B)(iv)]**<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☐ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __September 27, 2017__    __Aleida Sanchez__          _/s/ Aleida Sanchez_
                                   Printed name of Debtor 1              Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     Page 2                              F 1002-1.EMP.INCOME.DEC

**HORIZON PERSONNEL SERVICES**  Period: 9/11/2017 to 9/17/2017

PINEDA SANCHEZ, ALEID  PIN535  XXX-XX-2535  Single 3  Check #: 9311166  9/22/2017

| | CUR--Hours--YTD | | CUR--Pay--YTD | |
|---|---|---|---|---|
| Regular | 37.75 | 790.50 | 396.38 | 8,300.32 |
| Overtime | 0.75 | 33.50 | 11.81 | 527.66 |
| Doubletime | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Hourly | 38.50 | 824.00 | 408.19 | 8,827.98 |
| Other Pay* | | | 0.00 | 0.00 |
| Gross Pay | | | 408.19 | 8,827.98 |
| Other Adds and Deds | | | (3.67) | (79.45) |
| Total Taxes | | | (44.25) | (931.99) |
| Net Pay | | | 360.27 | 7,816.54 |

| Tax Analysis | Current | YTD |
|---|---|---|
| Federal | 13.03 | (249.21) |
| State | 0.00 | (7.44) |
| Social Security | 25.30 | (547.33) |
| Medicare | 5.92 | (128.01) |
| Total Taxes | 44.25 | (931.99) |

**Other Pay, Additions and Deductions Analysis**

| | CUR | YTD | | CUR | YTD |
|---|---|---|---|---|---|
| | | | SDI | (3.67) | (79.45) |
| Total Adds and Deds | | | | (3.67) | (79.45) |

**CA Sick Time Hours Available  0.00
**CA Sick Time Hours Accrued  46.32
** Employees who perform at least two hours of work per week in the City of Los Angeles may be entitled to accrue more than 48 total paid sick hours. Please contact the payroll department with any questions.

Horizon Personnel Services, Inc.
790 The City Drive S. Ste. 180
Orange, CA 92868

Bank of America Merrill Lynch
3200 Park Center Drive Suite 1200
Costa Mesa, CA 92626

Assignment(s)
J & J SNACK FOODS    12919 Levya St.    Norwalk, CA 90650    (323) 588-5335

Location : 51

| WeekEnding | Hours | Type | Pay Rate | Pay |
|---|---|---|---|---|
| 9/17/2017 | 12.50 | Reg | 10.50 | $131.25 |
| 9/17/2017 | .75 | OT | 15.75 | $11.81 |
| 9/17/2017 | 20.00 | Reg | 10.50 | $210.00 |
| 9/17/2017 | 5.25 | Reg | 10.50 | $55.13 |
| | 38.50 | | | |